IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| Allegra Schawe-Lane, | ) |
| and | ) |
| Dane Lane, | )   Case No. 2:17-cv-00134-WOB-CJS |
| Plaintiffs, | ) |
| v. | ) |
| Amazon.com.KYDC LLC, | ) |
| Defendant. | ) |

### AGREED ORDER FOR EXTENSION OF THE EXPERT DISCLOSURE DEADLINES

Upon agreement of the parties, and the Court being duly and sufficiently advised, it is hereby ORDERED that the Joint Motion (R. 49) is **granted.** Plaintiffs' expert deadline of May 1, 2018 (ECF No. 32) is extended to **June 1, 2018** and Defendant's expert deadline of June 1, 2018 (*id.*) is extended up to and including **July 1, 2018**.

So ordered this 20th day of April, 2018.



Signed By:
*Candace J. Smith*
United States Magistrate Judge