IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| **Allegra Schawe-Lane**, <br><br> and <br><br> **Dane Lane**, <br><br> Plaintiffs, <br><br> v. <br><br> **Amazon.com.KYDC LLC**, <br><br> Defendant. | Case no. 2:17-cv-00134-WOB-CJS |

## JOINT STATUS REPORT

Pursuant to the Court's November 19, 2018 Order (Dkt. 67), Plaintiffs Allegra Schawe-Lane and Dane Lane ("Plaintiffs") and Defendant Amazon.com.KYDC LLC ("Amazon") (collectively, the "Parties") hereby submit the foregoing joint status report.

1. On September 24, 2018, the Parties participated in a voluntary private mediation in Cincinnati, Ohio.

2. As a result of the mediation, the Parties reached an agreement to resolve the claims raised in Plaintiff's Complaint.

3. On September 24, 2018, the Parties executed a term sheet memorializing the material provisions of their tentative settlement agreement.

4. On November 15, 2018, the Parties filed a status report advising the Court that the Parties anticipated finalizing the settlement agreement and filing a stipulation of dismissal on or before December 1, 2018 (Dkt. 66).

5. On November 19, 2018, the Court entered an Order (Dkt. 67) directing the Parties to file a stipulation of dismissal of this action or, if they "are unable to finalize their settlement and

file the stipulation of dismissal or proposed agreed order of dismissal by December 3, they shall instead file a Status Report informing the Court of the reasons for the delay."

6. On November 20, 2018, the Law Firm of Jillian T. Weiss, P.C. ("Weiss Firm") and the Transgender Legal Defense and Education Fund, Inc. ("TLDEF") notified Amazon's counsel via email that they individually claimed entitlement to fees and costs as part of this settlement.

7. Between November 20 and present, counsel for Plaintiffs has worked with counsel for Amazon and counsel for the Weiss Firm and TLDEF to devise a plan that would ensure the expedient finalization of the settlement agreement between the Plaintiffs and Amazon as well as allow attorneys for Plaintiffs to resolve the Weiss Firm's and TLDEF's claims at a later date.

8. As of filing, Amazon and Plaintiffs are close to finalizing the settlement agreement and anticipate filing a stipulation of dismissal on or before December 31, 2018.

Dated: December 3, 2018

| | |
|---|---|
| */s/ Meredith E. Riccio* | */s/Ezra Young* |

Michael L. Banks (*pro hac vice*)
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
michael.banks@morganlewis.com

Meredith E. Riccio (*pro hac vice*)
Morgan, Lewis & Bockius LLP
77 W. Wacker Drive
Ste. 500
Chicago, IL 60601
meredith.riccio@morganlewis.com

Jay Inman
Littler Mendelson P.C.
333 W. Vine Street
Ste. 1720
Lexington, KY 40507
jinman@littler.com

C. Eric Stevens
Littler Mendelson P.C.
333 Commerce street, Suite 1450
Nashville, TN 37201
estevens@littler.com

*Attorneys for Defendant*

Ezra I. Young (*pro hac vice*)
Law Office of Ezra Young
30 Devoe Street, #1A
Brooklyn, NY 11211
ezra@ezrayoung.com

Allan K. Townsend (*pro hac vice*)
Maine Employee Rights Group
92 Exchange Street
Portland, ME 04101
atownsend@maineemployeerights.com

Amanda Rae Walker
Bradley Scott Zoppoth
The Zoppoth Law Firm
635 W. Main Street, Suite 400
Louisville, KY 40202
arw@zoplaw.com
bsz@zoplaw.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

On December 3, 2018, I electronically filed this Appearance through the ECF system, which will send a notice of electronic filing to all attorneys of record.

*/s/Ezra Young*
Ezra Young
Admitted *Pro Hac Vice*
Law Office of Ezra Young
30 Devoe Street, #1A
Brooklyn, NY 11211
Telephone: (949) 291-3185
Facsimile: (917) 398-1849
ezra@ezrayoung.com

*Attorney for the Plaintiffs*